AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 23-8246 | **Date and time warrant executed:** 04-21-2023 | **Copy of warrant and inventory left with:** USPIS |
| **Inventory made in the presence of:** TFO K Vanderwood / PI M Hunter | | **USPS Tracking Number:** EJ957399514US |

**Inventory of the property taken and name of any person(s) seized:**

PME parcel EJ957399514US and PM box

25 bags of "M30" pills 2.8 Kilograms

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04-21-2023

Kevin Vanderwood
Digitally signed by Kevin Vanderwood
Date: 2023.04.21 14:29:47 -07'00'

*Executing officer's signature*

Kevin Vanderwood Task Force Officer
*Printed name and title*